UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-277-T-26TBM

GREG WILLSEY, SANDRA L. NESBIT,
SUSAN A. PILON and BRIAN GLAS,

    Defendants.
_____/

## **O R D E R**

The Court has been advised by all counsel and the Notice of Settlement (Dkt. 34) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE AND ORDERED** at Tampa, Florida, on March 2, 2006.

                                              s/
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record